IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CARLOS FLORES, )
)
          Plaintiff, )
) CIVIL ACTION
vs. )
) Case No. 1:24-CV-01220
MISSION CENTER PARTNERS LLC, )
)
          Defendant. )

## NOTICE OF SETTLEMENT

Plaintiff, CARLOS FLORES, by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendant, MISSION CENTER PARTNERS LLC.

Plaintiff and Defendant, MISSION CENTER PARTNERS LLC, are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice once the agreement is finalized. Plaintiff and Defendant request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 21st day of October, 2024.

        Law Offices of
        THE SCHAPIRO LAW GROUP, P.L.

        /s/ Douglas S. Schapiro
        Douglas S. Schapiro, Esq.
        State Bar No. 54538FL
        The Schapiro Law Group, P.L
        7301-A W. Palmetto Park Rd., #100A
        Boca Raton, FL 33433
        Tel: (561) 807-7388
        Email: schapiro@schapirolawgroup.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 21st day of October, 2024.

        /s/ Douglas S. Schapiro
        Douglas S. Schapiro, Esq.
        State Bar No. 54538FL