IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CARLOS FLORES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) Case No. 1:24-CV-01220 |
| MISSION CENTER PARTNERS LLC, | ) |
| | ) |
| Defendant. | ) |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, CARLOS FLORES, and Defendant, MISSION CENTER PARTNERS LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party bears their own fees and costs.

Respectfully submitted this 27th day of November, 2024.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ *Douglas S. Schapiro*_____
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

                            */s/   Alan D. Sweetbaum*
                            Alan D. Sweetbaum, Esq. (13491)
                            Megan Cullen, Esq. (60188)
                            Sweetbaum Miller PC
                            1200 Seventeenth Street, Suite 1250
                            Denver, CO  80202
                            Tel:  (303) 296-3377
                            Email:  asweetbaum@Sweetbaumlaw.com
                                               mcullen@Sweetbaumlaw.com

                            Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of November 2024, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

                            /s/  Douglas S. Schapiro
                            Douglas S. Schapiro
                            State Bar No. 54538FL